IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULA UNDERHILL, Individually and as Special Administrator of the Estate of Galen Underhill, and SEAN UNDERHILL,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>vs.  )<br>)<br>)<br>COLEMAN COMPANY, INC.,  )<br>)<br>Defendant.  ) | Case No. 12-cv-129-JPG-DGW |

## **ORDER**

Pending before the Court is Defendant's Motion to Interview Jurors (doc. 244). The Court being fully advised in the premises hereby **DENIES** the Motion to Interview Jurors.

**IT IS SO ORDERED.**

DATED: October 22, 2014

                                                                                       *s/ J. Phil Gilbert*
                                                                                       United States District Judge